HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR20-120 RSM |
| | ) | |
| v. | ) | ORDER APPOINTING RUSSELL M. |
| | ) | AOKI AS COORDINATING |
| | ) | DISCOVERY ATTORNEY |
| 1.  BARBARA P. CARRENO ORTEGA, | ) | |
| 2.  LUIS A. CARRENO ORTEGA, | ) | |
| 3.  ERIKA VIVIANA CORRENO ORTEGA, | ) | |
| 4.  MARIA TERESA VALENCIA | ) | |
|      RENTERIA, | ) | |
| 5.  JORGE G. DURAN ACOSTA, | ) | |
| 6.  SONIA L. MEZQUITA VEGA, | ) | |
| 7.  DALIA L. ARCINIEGA BECERRA, | ) | |
| 8.  JORGE JESUS NAVARRETE, | ) | |
| 9.  RAFAEL ALEJANDRO CANEZ, | ) | |
| 10. ROLANDO ESPINDOLA HERNANDEZ, | ) | |
| 11. JORGE LOPEZ CORRAL, | ) | |
| 12. ARMANDO LOPEZ CORRAL, | ) | |
| 13. ALEXIS BARON MERCADO, | ) | |
| 14. JORGE VALDEZ, | ) | |
| 15. RAMON ALBERTO VALERDE SERNAS, | ) | |
| 16. PEDRO PARRA, and | ) | |
| 17. FRANCISCO VALDEZ BUSANI, | ) | |
| | ) | |
| Defendants. | | |

It is hereby **ORDERED** that Russell M. Aoki of Aoki Law PLLC is appointed as

Coordinating Discovery Attorney for court-appointed defense counsel.

The Coordinating Discovery Attorney shall oversee any discovery issues common to all

defendants.  His responsibilities will include:

- Managing and, unless otherwise agreed upon with the government, distributing
  discovery produced by the government and relevant third-party information common
  to all defendants;

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY - 1

- Assessing the amount and type of case data to determine what types of technology should be evaluated and used so duplicative costs are avoided and the most efficient and cost-effective methods are identified;

- Acting as a liaison with federal prosecutors to ensure the timely and effective exchange of discovery;

- Identifying, evaluating, and engaging third-party vendors and other litigation support services;

- Assessing the needs of defense counsel and further identifying any additional vendor support that may be required—including copying, scanning, forensic imaging, data processing, data hosting, trial presentation, and other technology depending on the nature of the case;

- Identifying any additional human resources that may be needed by the individual parties for the organization and substantive review of information; and

- Providing training on the use of litigation support tools to the defense teams as a group and individually.

When executing these responsibilities, the Coordinating Discovery Attorney shall assess the most effective and cost-efficient manner to organize the discovery with input from defense counsel.

The Coordinating Discovery Attorney's duties do not include providing representation services, and therefore will not be establishing an attorney-client relationship with any defendant. Discovery intended for counsel of a specific defendant and not to be shared among all defense counsel, shall be produced by the government directly to defense counsel for that defendant. Except for discovery matters common to all defendants, discovery issues specific to any defendant shall be addressed by defense counsel directly with the government and not through the Coordinating Discovery Attorney.

Any common discovery already produced by the government before this Order shall be produced by the government to the Coordinating Discovery Attorney within 14 days. Unless otherwise agreed or if time does not allow, any additional discovery not already produced shall

be provided directly to the Coordinating Discovery Attorney, who shall duplicate and distribute the discovery to all defense counsel, unless the government elects to produce discovery directly to defense counsel with a simultaneous copy to the Coordinating Discovery Attorney. The government shall work with the Coordinating Discovery Attorney to provide discovery in a timely manner.

The Coordinating Discovery Attorney shall petition this Court, *ex parte*, for funds for outside services and shall monitor all vendor invoices for these services including confirming the work previously agreed upon was performed. However, his time and the time spent by his staff will be paid by the Administrative Office of the U.S. Courts, Defender Services Office. All petitions for outside services shall include a basis for the requested funds and an assessment whether the costs of the services are necessary and reasonable.

The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

DATED this 4th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Gilbert H. Levy
Gilbert H. Levy, WSBA No. 4805
Attorney for Defendant Lopez Corral

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY - 3