UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR20-120 RSM |
| Plaintiff, ) | |
| ) | ORDER ON STATUS REPORTS |
| v. ) | BY THE COORDINATING |
| ) | DISCOVERY ATTORNEY |
| 1. BARBARA P. CARRENO ORTEGA, ) | |
| 2. LUIS A. CARRENO ORTEGA, ) | |
| 3. ERIKA VIVIANA CORRENO ORTEGA, ) | |
| 4. MARIA TERESA VALENCIA RENTERIA, ) | |
| 5. JORGE G. DURAN ACOSTA, ) | |
| 6. SONIA L. MEZQUITA VEGA, ) | |
| 7. DALIA L. ARCINIEGA BECERRA, ) | |
| 8. JORGE JESUS NAVARRETE, ) | |
| 9. RAFAEL ALEJANDRO CANEZ, ) | |
| 10. ROLANDO ESPINDOLA HERNANDEZ, ) | |
| 11. JORGE LOPEZ CORRAL, ) | |
| 12. ARMANDO LOPEZ CORRAL, ) | |
| 13. ALEXIS BARON MERCADO, ) | |
| 14. JORGE VALDEZ, ) | |
| 15. RAMON ALBERTO VALERDE SERNAS, ) | |
| 16. PEDRO PARRA, and ) | |
| 17. FRANCISCO VALDEZ BUSANI, ) | |
| Defendants. ) | |

On March 4, 2022, the Court appointed Russell M. Aoki of Aoki Law PLLC, as Coordinating Discovery Attorney (CDA) in the above-captioned matters. As part of those orders, the Court directed the CDA to provide monthly status reports:

> The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

The remaining events are sentencing hearings. Discovery has been produced by the

ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY- 1

Government. There are no expenses for the CDA to monitor. Accordingly, the Court modifies its previous orders:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.

- The CDA will file a status report if the Government produces additional discovery.

**SO ORDERED.**

DATED this 12 day of May, 2023.

Ricardo S. Martinez
United States District Court Judge

ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY- 2